UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| VLADIMIR KULAKOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1418 |
| | ) | |
| MR. SUTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL ORDER

The Court provisionally permitted the filing of the above-captioned action on August 6, 2007. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. The Court has reviewed plaintiff's recent submission, including another motion to proceed *in forma pauperis*, and concludes that it does not comply with the requirements of the Prison Litigation Reform Act.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. #2], and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act.

SO ORDERED.

_____
United States District Judge

DATE: 2/15/08

7